**NANCY D. SAVAGE, ESQ.**
Assistant City Attorney
Nevada State Bar No. 392
Henderson City Attorney's Office – Civil Division
240 Water Street, MSC 144
Henderson, Nevada 89009-5050
(702) 267-1200
(702) 267-1201 Facsimile
nancy.savage@cityofhenderson.com

Attorney for Defendants
CITY OF HENDERSON, JEFFREY BOTT, TRAVIS NUSBAUM, GUSTAVO LEIGH and CHIEF OF POLICE JUTTA CHAMBERS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CURTIS LEE WIMBERLY,

        Plaintiff,

vs.

CITY OF HENDERSON, a political subdivision of the STATE OF NEVADA; POLICE OFFICER JEFFREY BOTT individually and as a Police Officer employed by the CITY OF HENDERSON; POLICE OFFICER TRAVIS NUSBAUM individually and as a Police Officer employed by the CITY OF HENDERSON; POLICE OFFICER GUSTAVO LEIGH individually and as a Police Officer employed by the CITY OF HENDERSON; DOE OFFICERS 1 through 3, individually and as Police Officers employed by the CITY OF HENDERSON; CHIEF OF POLICE JUTTA CHAMBERS Individually and as a Police Officer employed by the CITY OF HENDERSON; and ROE DEFENDANTS 1 through 10.

        Defendants.

Case No: 2:10-cv-01414-LDG-VCF

**CONFIDENIALITY AGREEMENT,
STIPULATION FOR PROTECTIVE ORDER AND
PROTECTIVE ORDER**

Plaintiff CURTIS LEE WIMBERLY, by and through his attorney, Madeline L. DiCicco, Esq., and Defendants CITY OF HENDERSON, a political subdivision of the State of Nevada, POLICE OFFICER JEFFREY BOTT individually and as a Police Officer employed by the CITY OF HENDERSON, POLICE OFFICER TRAVIS NUSBAUM individually and as a Police Officer employed by the CITY OF HENDERSON, POLICE OFFICER GUSTAVO LEIGH individually and as a Police Officer employed by the CITY OF HENDERSON, CHIEF OF POLICE JUTTA CHAMBERS individually and as a Police Officer employed by the CITY OF HENDERSON, by and through their attorney, Nancy D. Savage, Esq., Assistant City Attorney, hereby stipulate and agree, pursuant to FRCP 26 and FRCP 29, that a Confidentiality Agreement is hereby entered by the parties pursuant to the terms set forth below and that said Confidentiality Agreement shall be fully binding upon the parties, even in the absence of the court's entry of a protective order, effective upon the date that this Confidentiality Agreement and Stipulation for Protective Order is executed by Plaintiff's counsel.

IT IS FURTHER STIPULATED AND AGREED that a protective order governing the use and handling of "confidential information" produced or disclosed in connection with the above-captioned case shall be entered upon the following terms and conditions:

1. **Confidential Information.** "Confidential Information," for purposes of this Order, is any and all information, documents and materials contained in the Henderson Police Department Internal Affairs Bureau file numbered PC2011-015, PC2010-039 and/or SC2010-017, any other any personnel information, records or portions thereof, and any documents produced at any time concerning Defendants, or any of them. All notes, memoranda, reports, or other written communications created or generated by counsel for the parties in this case, or by any experts or witnesses in this case that reveal or discuss

Confidential Information shall be given the same protections under this Order as the Internal Affairs Bureau file. The inclusion of documents or materials within the description of "Confidential Information" is not and should not be construed as a promise or agreement that any specific documents or materials are discoverable or that such will or must be produced. Defendants do not waive any objections that they may have to production of any materials or documents in this case by entering into this Agreement and Stipulation.

2. **Distribution of Confidential Information.** Confidential Information shall be produced only to counsel of record for the Plaintiff, who agrees in this action to be bound by the terms of this Order.

Neither the Confidential Information nor its contents shall be disclosed to any other person without the agreement of counsel for the Defendants, except that the counsel for the Plaintiff may, without further agreement, disclose the Confidential Information or its contents to the following persons, for use solely in connection with this action, under the following conditions:

(a) attorneys and legal assistants, whether employees or independent contractors, of counsel's firm and to any other employee of counsel's firms who shall handle the Confidential Information under normal office procedures:

(b) experts or consultants retained by a party with respect to this action;

(c) individually-named parties to this litigation;

(d) any person who has testified in or conducted the internal affairs investigation covered by this Confidentiality Agreement and/or Protective Order and who appears as a witness in a deposition or court proceeding in this action;

(e) the Court before which this action is pending; and

(f) any court reporters present in their official capacity in any hearing, deposition or other proceeding in this action.

The parties may request the court to approve the showing of Confidential Information to individuals other than those identified above.

3. **Use of Confidential Information.** Confidential information shall be used solely for the purpose of prosecution or defense of this action. The use of Confidential Information at trial or during discovery shall not be deemed a waiver of this Confidentiality Agreement or Protective Order. Subject to the exceptions set forth below, ~~any party wishing to use any Confidential Information in any brief, memorandum, affidavit or other paper filed with the Court shall file all such affidavits, exhibits or other papers and any portion of any brief or memorandum referring or alluding to said Confidential Information, under seal, enclosing the documents, excerpts or exhibits in a sealed envelope, labeled with the caption of the case, a brief description of the contents, and a statement that the envelope is sealed pursuant to this Order.~~ The use of the Confidential Information at trial and in dispositive motions will be made pursuant to and governed by the requirements set forth in *Kamakana v. City of Honolulu*, 447 F. 3d 1172 (9th Cir. 2006).

4. **Duration of This Confidentiality Agreement and Protective Order.** This Confidentiality Agreement and Protective Order shall remain in effect and survive any settlement, judgment, other disposition or conclusion of this action, and any appeals therefrom. This Court shall retain continuing jurisdiction of the above-referenced action for purposes of enforcing the terms of this Protective Order. Within 60 days following the final resolution of this action, all materials designated as confidential and/or containing Confidential Information and reproductions or copies thereof, shall be returned to counsel for the Defendants who produced said materials.

5. **Application of the Order.** Production of the material pursuant to this Confidentiality Agreement and Protective Order does not waive any party's right to object to the admissibility of such material on the grounds other than confidentiality. The production of materials under this Order is not deemed to be a waiver of claims that the material is irrelevant or otherwise inadmissible in any judicial proceeding or filing that may occur in this litigation.

6. **Compliance with this Order.** All counsel in this case shall make a diligent and good faith effort to comply with this Confidentiality Agreement and Protective Order and ensure that their clients, and the persons receiving or given access to the Confidential Information similarly comply. In the event of a change in counsel, new counsel shall execute a copy of the Endorsement of this Confidentiality Agreement, Stipulation and Protective Order, attached hereto as Exhibit A.

DATED this 14th day of March, 2012.

| JOHNS & DURRANT, LLP | CITY OF HENDERSON |
|---|---|
| | JOSH M. REID, City Attorney |
| /s/ Madeline L. DiCicco | /s/ Nancy D. Savage |
| MADELINE L. DICICCO, ESQ. | NANCY D. SAVAGE, ESQ. |
| Nevada Bar No. 5934 | Assistant City Attorney |
| 530 S. Las Vegas Blvd. #300 | Nevada Bar No. 392 |
| Las Vegas, Nevada 89101 | 240 Water Street, MSC 144 |
| Attorney for Plaintiff | Henderson, NV 89009-5050 |
| | Attorneys for Defendants |

IT IS SO ORDERED this 14th day of March, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# EXHIBT A

## ENDORSEMENT OF CONFIDENTIALITY AGREEMENT, STIPULATION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER

I, the undersigned, _____, hereby acknowledge and certify that I have received and read in its entirety a copy of the Confidentiality Agreement and/or Protective Order ("Order") entered on the _____ day of _____ 2012, in the matter entitled *Curtis Lee Wimberly v. City of Henderson, et al.*, Case No. 2:10-cv-01414-LDG-VCF pending before the Eighth Judicial District Court, Clark County, Nevada ("Court"). I understand the terms and conditions of the Order, agree to comply with and be bound by all of its provisions, and consent to the continuing jurisdiction of the Court with respect to enforcement of the Order, even if such enforcement proceeding(s) occur after termination of the action. I acknowledge that failure to comply with the terms and conditions of the Order could expose me to sanctions and punishment in the nature of contempt. I agree that any document(s) or information which I have received pursuant to the Order shall not be used by me for any purpose other than as provided in the Order and shall not be revealed by me to any person or entity except in strict compliance with the provisions of the Order. I will hold in confidence and not produce, disclosure or reveal to anyone not qualified under the Order any document(s) or information which I have received pursuant to the Order, and I will maintain any such document(s) or information in a safe and secure place.

DATED this _____ day of _____, 2012.

_____
Signature

_____
Printed Name