JOSH M. REID, ESQ.
City Attorney
Nevada State Bar No. 7497
NANCY D. SAVAGE, ESQ.
Assistant City Attorney
Nevada State Bar No. 392
240 Water Street, MSC 144
Henderson, Nevada  89009-5050
(702) 267-1200 Telephone
nancy.savage@cityofhenderson.com

Attorney for Defendants
CITY OF HENDERSON, JEFFREY BOTT, TRAVIS NUSBAUM, GUSTAVO LEIGH and CHIEF OF POLICE JUTTA CHAMBERS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS LEE WIMBERLY, | ) |
| | ) |
| Plaintiff, | ) Case No: 2:10-cv-01414-LDG-VCF |
| | ) |
| vs. | ) |
| | ) |
| CITY OF HENDERSON, a political subdivision of the STATE OF NEVADA; POLICE OFFICER JEFFREY BOTT individually and as a Police Officer employed by the CITY OF HENDERSON; POLICE OFFICER TRAVIS NUSBAUM individually and as a Police Officer employed by the CITY OF HENDERSON; POLICE OFFICER GUSTAVO LEIGH individually and as a Police Officer employed by the CITY OF HENDERSON; DOE OFFICERS 1 through 3, individually and as Police Officers employed by the CITY OF HENDERSON; CHIEF OF POLICE JUTTA CHAMBERS Individually and as a Police Officer employed by the CITY OF HENDERSON; and ROE DEFENDANTS 1 through 10. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

COMES NOW, Plaintiff, CURTIS LEE WIMBERLY, through his attorneys, Lance W. Johns, Esq. and Madeline L. DiCicco, Esq., of the law firm JOHNS & DURRANT, LLP, and Defendant, CITY OF HENDERSON, a political subdivision of the State of Nevada; POLICE OFFICER JEFFREY BOTT, individually and as a Police Officer employed by the CITY OF HENDERSON; POLICE OFFICER TRAVIS NUSBAUM, individually and as a Police Officer employed by the CITY OF HENDERSON; POLICE OFFICER GUSTAVO LEIGH, individually and as a Police Officer employed by the CITY OF HENDERSON; and CHIEF OF POLICE JUTTA CHAMBERS, individually and as a Police Officer employed by the CITY OF HENDERSON, by and through their attorneys, Josh M. Reid, Esq., Henderson City Attorney and Nancy D. Savage, Esq., Assistant City Attorney for the CITY OF HENDERSON, and hereby stipulate and agree to dismiss all claims brought by Plaintiff, CURTIS LEE WIMBERLY against the Defendants in the above-referenced matter, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that each party shall bear its own costs and attorney fees.

DATED this 26th day of June, 2012.

| JOHNS & DURRANT, LLP | CITY OF HENDERSON |
|---|---|
|  | JOSH M. REID, City Attorney |
| By: */s/ Madeline L. DiCicco* | By: */s/ Nancy D. Savage* |
| LANCE W. JOHNS, ESQ. | JOSH M. REID, ESQ. |
| Nevada Bar No. 7390 | City Attorney |
| MADELINE L. DICICCO, ESQ. | Nevada Bar No. 7497 |
| Nevada Bar No. 5934 | NANCY D. SAVAGE, ESQ. |
| 316 E. Bridger Avenue, 2nd Floor | Assistant City Attorney |
| Las Vegas, Nevada 89101 | Nevada Bar No. 392 |
| Attorney for Plaintiff | 240 Water Street, MSC 144 |
|  | Henderson, Nevada 89009 |
|  | Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

DATED this ____ day of _____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE